## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:12-CV-851 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and TRAVELERS INDEMNITY COMPANY, a Connecticut corporation. | ) ) ) ) ) ) ) ) | Judge Sharp Magistrate Judge Holmes |
| Defendants. | ) | |

### CONSOLIDATED WITH

| | | |
|---|---|---|
| STEVEN COHEN PRODUCTIONS, LTD., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:16-CV-0641 |
| LUCKY STAR, INC. | ) ) | Judge Sharp Magistrate Judge Holmes |
| Defendant. | ) ) | |

### REVISED NOTICE OF COMPROMISE AND SETTLEMENT

The parties request an additional twenty-one (21) days to complete the exchange of signatures on the Settlement Agreement and Release and for Fireman's Fund Insurance Company to issue settlement drafts to Steven Cohen Productions, Ltd. and St. Paul Fire & Marine Insurance Company in these consolidated matters. The parties shall file a stipulation of dismissal within twenty-one (21) days of this notice.

1

Dated: July 15, 2016

Respectfully submitted,

**GLADSTONE WEISBERG, ALC**

s/Leon Gladstone

Leon Gladstone, Esq.
(CA SBN 70967)
*Admitted Pro Hac Vice*
Gene A. Weisberg, Esq.
(CA SBN 91515)
*Admitted Pro Hac Vice*
Gladstone Weisberg ALC,
6060 Center Drive, 10th Floor
Los Angeles, California
90045 Tel: (310) 821-9000
Fax: (310) 775-8775

*Attorneys for Fireman's Fund Insurance Company*
and *Lucky Star, Inc.*

**SPICER RUDSTROM PLLC**

s/Brent S. Usery

**Marc O. Dedman, Esq. BPR# 14044**
**Brent S. Usery, Esq. BPR# 25737**
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
*Attorneys for the St. Paul Fire and Marine Insurance Company and Travelers Indemnity Company*

2

**LANGHENRY, GILLEN,
LUNDQUIST & JOHNSON, LLC**

s/Steven R. Johnson

**Steven R. Johnson, Esq. Bar #6208989**
*Admitted Pro Hac Vice*
**Stacy K. Shelly, Esq. Bar #6279783**
*Admitted Pro Hac Vice*
311 S. County Farm Road – Suite L
Wheaton, Illinois 60187
*Attorneys for Steven Cohen Productions, Ltd. and
St. Paul Fire and Marine Insurance Company*

3