# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:12-CV-851<br>) |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and TRAVELERS INDEMNITY COMPANY, a Connecticut corporation. | ) Judge Sharp<br>) Magistrate Judge Holmes<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CONSOLIDATED WITH

| | |
|---|---|
| STEVEN COHEN PRODUCTIONS, LTD., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:16-CV-0641<br>) |
| LUCKY STAR, INC. | ) Judge Sharp<br>) Magistrate Judge Holmes |
| Defendant. | )<br>) |

## STIPULATION OF DISMISS

The parties, by and through their undersigned counsel, hereby stipulate that they have compromised and settled all claims in these two consolidated matters. Settlement payments have been received by Plaintiffs and therefore the parties request this Honorable Court dismiss the two consolidated claims with prejudice and without costs.

1

It is, THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. The parties are responsible for their own discretionary costs.

**IT IS SO ORDERED**

_Kevin H. Sharp_
KEVIN H. SHARP
Chief Judge
United States District Court


APPROVED FOR ENTRY:

Dated: August 1, 2016

**GLADSTONE WEISBERG, ALC**

s/Leon Gladstone
**Leon Gladstone, Esq.**
(CA SBN 70967)
*Admitted Pro Hac Vice*
**Gene A. Weisberg, Esq.**
(CA SBN 91515)
*Admitted Pro Hac Vice*
6060 Center Drive, 10th Floor
Los Angeles, California 90045
Tel: (310) 821-9000
Fax: (310) 775-8775
lgladstone@gladstoneweisberg.com
*Attorneys for Fireman's Fund Insurance Company*
and *Lucky Star, Inc.*

**SPICER RUDSTROM PLLC**

s/Brent S. Usery
**Marc O. Dedman, Esq. BPR# 14044**
**Brent S. Usery, Esq. BPR# 25737**
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
bsu@spicerfirm.com
*Attorneys for the St. Paul Fire and Marine Insurance Company and Travelers Indemnity Company*

**LANGHENRY, GILLEN,
LUNDQUIST & JOHNSON, LLC**

s/Steven R. Johnson
**Steven R. Johnson, Esq. Bar #6208989**
*Admitted Pro Hac Vice*
**Stacy K. Shelly, Esq. Bar #6279783**
*Admitted Pro Hac Vice*
311 S. County Farm Road – Suite L
Wheaton, Illinois 60187
sjohnson@lglfirm.com
*Attorneys for Steven Cohen Productions, Ltd.
and St. Paul Fire and Marine Insurance Company*